*Telephonic*

**INITIAL RULE 16 CONFERENCE at**

~~333 Lomas Blvd, NW, Suite 630~~, JUDGE SVET'S CHAMBERS, at ___9:30___ on ___July 24___, 2000 before the **Honorable Don J. Svet, U. S. Magistrate Judge**

USDC NO. ___00cv 215 LH/DJS___   JURY/(NON JURY)

**APPEARANCES:**

___George T. Geran___

for Plaintiff(s) ___Juana Margarita Corkun___

with/(without) client(s)

___Paula Maynes, Grace Philps___

for Defendant(s) ___Santa Fe c/Mayor, et al.___

with/(without) client/insurance adjustor/risk management

_____ Other Parties
with/without client/insurance adjustor/risk management

**Deadlines (have)/have not been set during conference.**

**Counsel estimate length of trial to be:** ___5 days___

**DISCOVERY MOTIONS PENDING/OR OTHER MATTERS REQUIRING ATTENTION:**

\12/