IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT
DISTRICT OF NEW MEXICO

00 JUL 26 AM 11: 23

JUANA MARGARITA CARLSON,

Plaintiff,

v.                                                         Civil No. 00 0215 LH/DJS

SANTA MARIA EL MIRADOR,
S. LEE ROSEN and MORRIS PAIZ,

Defendants.

### CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July, 2000, I caused a true and correct copy of this certificate and DEFENDANT MORRIS PAIZ' INITIAL DISCLOSURES to be mailed to George Geran, Esq., 625 Franklin Avenue, Santa Fe, New Mexico 87501 and Paula G. Maynes, Esq., Miller Stratvert & Torgerson, P.A., Post Office Box 1986, Santa Fe, New Mexico 87504-1986.

MONTGOMERY & ANDREWS, P.A.

By _____
Grace Philips
Post Office Box 2307
Santa Fe, New Mexico 87504-2307
(505) 982-3873

Attorneys for Morris Paiz