IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUANA CARLSON,

    Plaintiff,

v.

                      No. CIV 00 0215 LH/DJS

SANTA MARIA EL MIRADOR, a
New Mexico Corporation, and
S. LEE ROSEN, individually
and in their supervisory capacity, and
MORRIS PAEZ, individually,

    Defendants.

**CERTIFICATE OF SERVICE FOR PLAINTIFF'S INITIAL DISCLOSURES**

I hereby certify that a true and correct copy of the "Plaintiff's Amended Initial Disclosures Pursuant FRCP 26 (a) (1)," as well as this document, was mailed first class, postage prepaid, to counsel for the Defendants herein, Paula Maynes, Miller, Stratvert & Torgerson, P.O. Box 1986, Santa Fe, New Mexico 87504-1986 and Grace Philips, Montgomery & Andrews, P.A., Post Office Box 2307, Santa Fe, New Mexico 87504-2307, on the 24th day of August, 2000.

                                          George T. Geran

Filed stamp: 00 AUG 24 PM 1:06