IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUANA MARGARITA CARLSON,

    Plaintiff,

v.

    No. CV 00 0215 LH/DJS

SANTA MARIA EL MIRADOR, a
New Mexico Corporation, and
S. LEE ROSEN, individually
and in their supervisory capacity, and
MORRIS PAIZ, individually,

    Defendants.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original and a copy of Defendant Santa Maria El Mirador's First Set of Interrogatories to Plaintiff and an original of Defendant Santa Maria El Mirador's First Set of Requests for Production of Documents to Plaintiff were hand-delivered to George Geran, Esq., 625 Franklin Avenue, Santa Fe, New Mexico 87501 along with a copy of this Certificate of Service on this 6th day of October, 2000.

    MILLER, STRATVERT & TORGERSON, P.A.

    By: _____
    Paula G. Maynes
    Attorneys for Santa Maria El Mirador and
    S. Lee Rosen
    Post Office Box 1986
    Santa Fe, New Mexico 87504-1986
    (505) 989-9614
    (505) 989-9857 fax

