IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUANA CARLSON,

        Plaintiff,

v.

                                  No. CIV 00-0215  LH/DJS

SANTA MARIA EL MIRADOR, a
New Mexico Corporation, and
S. LEE ROSEN, individually
and in their supervisory capacity, and
MORRIS PAEZ, individually,

        Defendants.

## PLAINTIFF'S CERTIFICATE OF SERVICE FOR THE FIRST SET OF REQUESTS FOR PRODUCTION FOR DEFENDANT DWBH, INC.

I hereby certify that a copy of "Plaintiff's First Set of Requests for Production," was

mailed first class to counsel for the Defendants herein, Paula Maynes, Esq., Miller, Stratvert &

Torgerson, PO Box 1986, Santa Fe, New Mexico  87504-1986 with a copy of this certificate, on

the 12th of October, 2000.

George Geran
625 Franklin Avenue
Santa Fe, New Mexico  87501
505 983-1085

Attorneys for Plaintiff

