IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUANA CARLSON,

        Plaintiff,

v.                                  No. CIV 00-0215 LH/DJS

SANTA MARIA EL MIRADOR, a
New Mexico Corporation, and
S. LEE ROSEN, individually
and in their supervisory capacity, and
MORRIS PAEZ, individually,

        Defendants.

## PLAINTIFF'S CERTIFICATE OF SERVICE FOR PLAINTIFF'S INITIAL EXPERT REPORTS

I hereby certify that a copy of "Plaintiff's Initial Expert Reports," as well as a copy of this document, were mailed first class to counsel for the Defendants herein, Paula Maynes, Esq., Miller, Stratvert & Torgerson, PO Box 1986, Santa Fe, New Mexico 87504-1986, with a copy of this certificate, on the 16th of October, 2000.

_____
George Geran
625 Franklin Avenue
Santa Fe, New Mexico 87501
505 983-1085

Attorney for Plaintiff