IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUANA MARGARITA CARLSON,

    Plaintiff,

v.

    No. CV 00 0215 LH/DJS

SANTA MARIA EL MIRADOR, a
New Mexico Corporation, and
S. LEE ROSEN, individually
and in their supervisory capacity, and
MORRIS PAIZ, individually,

    Defendants.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that an original and a copy of Defendant Santa Maria El Mirador's Second Set of Interrogatories to Plaintiff and Second Request for Production of Documents and an original and a copy of Defendant Santa Maria El Mirador's First Set of Request for Admissions to Plaintiff were hand-delivered to George Geran, Esq., 625 Franklin Avenue, Santa Fe, New Mexico 87501 along with a copy of this Certificate of Service on this 30th day of October, 2000.

MILLER, STRATVERT & TORGERSON, P.A.

By_____
Paula G. Maynes
Attorneys for Santa Maria El Mirador and
S. Lee Rosen
Post Office Box 1986
Santa Fe, New Mexico 87504-1986
(505) 989-9614
(505) 989-9857 fax