IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUANA CARLSON,

        Plaintiff,

v.

                                     No. CIV 00-0215 LH/DJS

SANTA MARIA EL MIRADOR, a
New Mexico Corporation, and
S. LEE ROSEN, individually
and in their supervisory capacity, and
MORRIS PAEZ, individually,

        Defendants.

## PLAINTIFF'S CERTIFICATE OF SERVICE FOR
## PLAINTIFF'S RESPONSES TO DISCOVERY

I hereby certify that a copy of "Plaintiff's Responses to Discovery," as well as a copy of this

document, were mailed first class to counsel for the Defendants herein, Paula Maynes, Esq., Miller,

Stratvert & Torgerson, PO Box 1986, Santa Fe, New Mexico  87504-1986, with a copy of this

certificate, on the 31th of October, 2000.

George Geran
625 Franklin Avenue
Santa Fe, New Mexico  87501
505 983-1085

Attorney for Plaintiff